UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 5 WORLD MARKET TICKETS and HUMANITY CONCERT,<br><br>Plaintiffs,<br><br>v.<br><br>GAVIN NEWSOM, Governor of the State of California; and ROB BONTA, Attorney General of California,<br><br>Defendants. | No.  2:23-cv-2541 TLN DB PS<br><br>ORDER TO SHOW CAUSE |

Plaintiff Adesijuola Ogunjobi is proceeding in this action pro se.  This matter was referred to the undersigned in accordance with Local Rule 302(c)(21) and 28 U.S.C. § 636(b)(1).  On November 3, 2023, plaintiff filed a complaint, paid the applicable filing fee, and summons issued. (ECF Nos. 1 & 2.)  A letter also issued that advised plaintiff that Rule 4(m) of the Federal Rules of Civil Procedure provides that a defendant must be dismissed if service of the summons and complaint is not accomplished on the defendant within 90 days after the complaint was filed. (ECF No. 3.)  More than 90 days have passed, plaintiff has taken no action in this case, and the docket does not reflect proof of service on, or the appearance of, a defendant.

////

////

1

In this regard, it appears that plaintiff has failed to prosecute this action. In light of plaintiff's pro se status, and in the interests of justice, the court will provide plaintiff with an opportunity to show good cause for plaintiff's conduct. Additionally, the undersigned notes that the complaint purports to be filed on behalf of plaintiff 5 World Market Tickets, "an eCommerce entity" and Humanity Concert, a "concert invented via stages." (Compl. (ECF No. 1) at 4-5.) However, the right to represent oneself pro se is personal to the plaintiff and does not extend to other parties. Simon v. Hartford Life, Inc., 546 F.3d 661, 664 (9th Cir. 2008); see also Russell v. United States, 308 F.2d 78, 79 (9th Cir. 1962) ("A litigant appearing in propria persona has no authority to represent anyone other than himself."). In this regard, entities can only proceed in this action through counsel. See In re Bigelow, 179 F.3d 1164, 1165 (9th Cir. 1999) ("The law is clear that a corporation can be represented only by a licensed attorney.").

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff show cause in writing within fourteen days of the date of this order as to why this case should not be dismissed for lack of prosecution[1]; and

2. Plaintiff is cautioned that the failure to timely comply with this order may result in a recommendation that this case be dismissed.

DATED: April 22, 2024            /s/ DEBORAH BARNES
                                 UNITED STATES MAGISTRATE JUDGE

---

[1] Alternatively, if plaintiff no longer wishes to pursue this civil action, plaintiff may comply with this order by filing a request for voluntary dismissal pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.