1
2
3
4
5
6
7

8                          UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   5 WORLD MARKET TICKETS and              No.  2:23-cv-02541-TLN-SCR
     HUMANITY CONCERT,
12
                    Plaintiffs,
13                                           FINDINGS AND RECOMMENDATIONS
           v.
14
     GAVIN NEWSOME[1], et al.,
15
                    Defendants.
16

17

18          Plaintiff is proceeding pro se in this matter[2].  The action was accordingly referred to the

19   undersigned for pretrial matters by E.D. Cal. R. ("Local Rule") 302(c)(21).  The complaint in this

20   matter was filed November 3, 2023.  On April 23, 2024, this court issued an Order to Show Cause

21   why this action should not be dismissed for failure to prosecute as it appeared Plaintiffs had failed

22   to effect service in the time required under Federal Rule of Civil Procedure 4(m).  ECF No. 6.

23   The Order to Show Cause directed Plaintiff to respond within 14 days, and advised that failure to

24   timely comply may result in dismissal.  ECF No. 6.  Plaintiff did not respond.

25
     _____
26   [1]  This is the spelling in Plaintiff's papers.
     [2]  The complaint was signed by Adesijuola Ogunjobi and filed pro se, even though the named
27   Plaintiffs are 5 World Market Tickets and Humanity Concert.  *See* ECF No. 1 at 13-14.  Plaintiff
     was advised in the Order to Show Cause that he could not represent those entities pro se.  ECF
28   No. 6.

                                                    1

1    Plaintiff did not respond and has made no filing in this matter since a January 12, 2024,

2    notice stating that counsel had been retained for Plaintiffs.  ECF No. 5.  No notice of appearance

3    has been filed by counsel.  Further, the Order to Show Cause was served on plaintiff's address of

4    record and returned by the postal service as undeliverable.  It appears that plaintiff has failed to

5    comply with the court's Local Rules, which require that a party appearing in propria persona

6    inform the court of any address change within sixty-three days.  Local Rule 183(b).  More than

7    sixty-three days have passed since the court order was returned by the postal service and plaintiff

8    has failed to notify the Court of a current address.

9    In recommending this action be dismissed for failure to prosecute, the court has

10   considered "(1) the public's interest in expeditious resolution of litigation; (2) the court's need to

11   manage its docket; (3) the risk of prejudice to the defendants; (4) the public policy favoring

12   disposition of cases on their merits; and (5) the availability of less drastic alternatives." *Ferdik v.*

13   *Bonzelet*, 963 F.2d 1258, 1260-61 (9th Cir. 1992) (citation omitted).  Here, consideration of the

14   elements favors dismissal without prejudice because the case simply cannot move forward

15   without plaintiff's participation.  Less drastic alternatives are not available.  *See Carey v. King*,

16   856 F.2d 1439, 1441 (9th Cir. 1988) ("we can imagine no less drastic sanction that was available"

17   other than dismissal without prejudice where the litigant had failed to update his address and any

18   further order to show cause or order imposing sanctions "would only find itself taking a round

19   trip tour through the United States mail.").  The Court finds the factors weigh in favor of

20   dismissal.  Therefore, **IT IS HEREBY RECOMMENDED** that this action be dismissed, without

21   prejudice, for lack of prosecution and for failure to comply with the court's order.  *See* Fed. R.

22   Civ. P. 41(b); Local Rule 110.

23   These findings and recommendations are submitted to the United States District Judge

24   assigned to this case, pursuant to the provisions of  28 U.S.C. § 636(b)(l).  Within twenty-one

25   (21) days after being served with these findings and recommendations, plaintiff may file written

26   objections with the court.  Such document should be captioned "Objections to Magistrate Judge's

27   Findings and Recommendations."  Local Rule 304(d).  Plaintiff is advised that failure to file

28   ////

1   objections within the specified time may waive the right to appeal the District Court's order.

2   *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).

3

4   DATED: August 28, 2024

5

6   SEAN C. RIORDAN
    UNITED STATES MAGISTRATE JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3