UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 5 WORLD MARKET TICKETS and HUMANITY CONCERT,<br><br>   Plaintiffs,<br><br>   v.<br><br>GAVIN NEWSOM, et al.,<br><br>   Defendants. | No. 2:23-cv-02541-TLN-SCR<br><br>**ORDER** |

   Plaintiff, proceeding *pro se*, filed this civil rights action seeking relief under 42 U.S.C. § 1983.[1]  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

   On August 28, 2024, the magistrate judge filed findings and recommendations herein which were served on Plaintiff, and which contained notice to Plaintiff that any objections to the findings and recommendations were to be filed within twenty-one days.  (ECF No. 8.)  Plaintiff has not filed objections.

///

---

[1] As the magistrate judge notes, Adesijuola Ogunjobi signed the Complaint and filed it *pro se*, even though the named Plaintiffs are 5 World Market Tickets and Humanity Concert.  (ECF No. 8 n.2.)  For the sake of consistency, the Court will simply refer to Plaintiff in the instant order as "Plaintiff."

1

1    Although it appears from the file that Plaintiff's copy of the findings and
2 recommendations was returned, Plaintiff was properly served.  It is Plaintiff's responsibility to
3 keep the Court apprised of a current address at all times.  Pursuant to Local Rule 182(f), service
4 of documents at the record address of the party is fully effective.
5    The Court has reviewed the file and finds the findings and recommendations to be
6 supported by the record and by the magistrate judge's analysis.
7    Accordingly, IT IS HEREBY ORDERED that:
8    1. The Findings and Recommendations filed August 28, 2024 (ECF No. 8), are
9       ADOPTED IN FULL;
10   2. Plaintiff's pending Request to Seal (ECF No. 4) is DENIED as moot; and
11   3. This action is dismissed, without prejudice, for lack of prosecution and for failure to
12      comply with the Court's order, *see* Fed. R. Civ. P. 41(b); Local Rule 110; and
13   4. The Clerk of Court is directed to close this case.
14   IT IS SO ORDERED.
15 Date: September 24, 2024

_____
Troy L. Nunley
United States District Judge

2